SF 278 (Rev. 6/94)
5 CFR Part 2634
U.S. Office of Government Ethics

# Executive Branch Personnel PUBLIC FINANCIAL DISCLOSURE REPORT

Form Approved:
OMB No. 3209 - 0001

| Date of Appointment, Candidacy, Election, or Nomination *(Month, Day, Year)* | Reporting Status *(Check Appropriate Boxes)* | | Calendar Year Covered by Report | New Entrant, Nominee, or Candidate | Termination Filer | Termination Date *(If Applicable) (Month, Day, Year)* | Agency Use Only |
|---|---|---|---|---|---|---|---|
| | | ☐ Incumbent | | ☒ | ☐ | | NOV 1 2 1999 |

**Reporting Individual's Name**

| Last Name | First Name and Middle Initial | OGE Use Only |
|---|---|---|
| MOSS | RANDOLPH D. | NOV 1 2 1999 |

**Position for Which Filing**

| Title of Position | Department or Agency *(If Applicable)* |
|---|---|
| ASSISTANT ATTORNEY GENERAL FOR THE OFFICE OF LEGAL COUNSEL | U.S. DEPARTMENT OF JUSTICE |

**Location of Present Office** *(or forwarding address)*

| Address *(Number, Street, City, State, and ZIP Code)* | Telephone No. *(Include Area Code)* |
|---|---|
| 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON, D.C. 20530 | 202-514-2051 |

**Position(s) Held with the Federal Government During the Preceding 12 Months** *(If Not Same as Above)*

| Title of Position(s) and Date(s) Held |
|---|
| ACTING ASSISTANT ATTORNEY GENERAL FOR THE OFFICE OF LEGAL COUNSEL (JULY 1998 - PRESENT) |

**Presidential Nominees Subject to Senate Confirmation**

| Name of Congressional Committee Considering Nomination | Do You Intend to Create a Qualified Diversified Trust? |
|---|---|
| SENATE JUDICIARY COMMITTEE | ☐ Yes   ☒ No |

**Certification**

I CERTIFY that the statements I have made on this form and all attached schedules are true, complete and correct to the best of my knowledge.

| Signature of Reporting Individual | Date *(Month, Day, Year)* |
|---|---|
| *Randolph D. Moss* | Oct. 4, 1999 |

**Other Review** *(If desired by agency)*

| Signature of Other Reviewer | Date *(Month, Day, Year)* |
|---|---|
| *Mary Braden* | 11/12/99 |

**Agency Ethics Official's Opinion**

On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments in the box below).

| Signature of Designated Agency Ethics Official/Reviewing Official | Date *(Month, Day, Year)* |
|---|---|
| *signature* | 11/12/99 |

**Office of Government Ethics Use Only** 11/15/99

| Signature | Date *(Month, Day, Year)* |
|---|---|
| *Stephen D. Potts* | 11-16-99 |

**Comments of Reviewing Officials** *(If additional space is required, use the reverse side of this sheet)*

(Check box if comments are continued on the reverse side) ☐

## Fee for Late Filing

Any individual who is required to file this report and does so more than 30 days after the date the report is required to be filed, or, if an extension is granted, more than 30 days after the last day of the filing extension period shall be subject to a $200 fee.

## Reporting Periods

**Incumbents:** The reporting period is the preceding calendar year except Part II of Schedule C and Part I of Schedule D where you must also include the filing year up to the date you file. Part II of Schedule D is not applicable.

**Termination Filers:** The reporting period begins at the end of the period covered by your previous filing and ends at the date of termination. Part II of Schedule D is not applicable.

**Nominees, New Entrants and Candidates for President and Vice President:**

Schedule A--The reporting period for income (BLOCK C) is the preceding calendar year and the current calendar year up to the date of filing. Value assets as of any date you choose that is within 31 days of the date of filing.

Schedule B--Not applicable.

Schedule C, Part I (Liabilities)-- The reporting period is the preceding calendar year and the current calendar year up to any date you choose that is within 31 days of the date of filing.

Schedule C, Part II (Agreements or Arrangements)--Show any agreements or arrangements as of the date of filing.

Schedule D--The reporting period is the preceding two calendar years and the current calendar year up to the date of filing.

1/91 Edition Can Be Used; Editions Prior to 1/91 Cannot Be Used.          278-111          NSN 7540-01-070-8444

| Reporting Individual's Name | | Page Number |
|---|---|---|
| RANDOLPH D. MOSS | **SCHEDULE A** | 2 |

## Assets and Income — BLOCK A

Identify each asset held by you, your spouse, or dependent children for the production of income which had a fair market value exceeding $1,000 at the close of the reporting period.

Identify each asset or source of income held by you, your spouse, or dependent children which generated over $200 in income during the reporting period.

None ☐

## Valuation of Assets at close of reporting period — BLOCK B

## Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item. — BLOCK C

| Assets and Income (Block A) | None (or less than $1,001) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000 | Dividends | Rent and Royalties | Interest | Capital Gains | Excepted Investment Fund | Excepted Trust | Qualified Trust | Other (Specify Type) | None (or less than $201) | $201 - $1,000 | $1,001 - $2,500 | $2,501 - $5,000 | $5,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $1,000,000 | Over $1,000,000 | Actual Amount Only if "Other" specified | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Examples:* Central Airlines Common | | | x | | | | | | x | | | | | | | | | x | | | | | | | | | |
| *Examples:* Doe Jones & Smith, Hometown, State | | x | | | | | | | | | | | | | | Law Partnership Income | | | | | | | | | x | $130,000 | |
| *Examples:* Kempstone Equity Fund | | | x | | | | | | | | | x | | | | | | | x | | | | | | | | |
| *Examples:* IRA: Heartland 500 Index Fund | | | | | x | | | | | | | | x | | | | | | | | x | | | | | | |
| 1. VANGUARD INDEX 500 | | | | X | | | | | | | | | X | | | | | | | | X | | | | | | |
| 2. VANGUARD PRIME PORTFOLIO | X | | | | | | | | | | | | X | | | | | X | | | | | | | | | |
| 3. FIRST UNION BANK ACCT | X | | | | | | | | | | X | | | | | | | X | | | | | | | | | |
| 4. CITIBANK BANK ACCT | | X | | | | | | | | | X | | | | | | | X | | | | | | | | | |
| 5. CITIBANK CD | X | | | | | | | | | | X | | | | | | | X | | | | | | | | | |
| 6. IBM COMMON | | X | | | | | | | X | | | | | | | | | X | | | | | | | | | |

SF 278 (Rev. 6/94)
5 CFR Part 2634
U.S. Office of Government Ethics

| Reporting Individual's Name | SCHEDULE A continued | Page Number |
|---|---|---|
| RANDOLPH D. MOSS | | 4 |

| Block A | Block B | Block C | | |
|---|---|---|---|---|
| Assets and Income | Valuation of Assets | Income: Type | Amount | |

Block A — Assets and Income: Identify each asset held for the production of income which had a fair market value exceeding $1,000 at the close of the reporting period. Identify each asset or source of income which generated over $200 in income during the reporting period.

Block C Income Type columns: Dividends, Rent and Royalties, Interest, Capital Gains, Excepted Investment Fund, Excepted Trust, Qualified Trust, Other (Specify Type)

Block C Amount columns: None (or less than $201), $201 - $1,000, $1,001 - $2,500, $2,501 - $5,000, $5,001 - $15,000, $15,001 - $50,000, $50,001 - $100,000, $100,001 - $1,000,000, Over $1,000,000, Actual Amount Only if "Other" specified, Date (Mo., Day, Yr.) Only if Honoraria

| # | Assets and Income | Valuation | Income Type | Amount | Actual Amount |
|---|---|---|---|---|---|
| 1 | CHARTWELL RE CORP. COMMON | None/less than $1,001 (X) | Dividends (X); Capital Gains (X) | None (X); $1,001-$2,500 (X) | |
| 2 | WILMER, CUTLER & PICKERING | None/less than $1,001 (X) | Other: LAW FIRM RETIREMENT/WITHDRAWAL | $100,001-$1,000,000 (*) | $72,376 WITHDRAWAL PAYMENTS |
| 3 | LANDRY SEAFOOD REST. COMMON | $1,001-$15,000 (X) | Dividends (X) | None (X) | |
| 4 | LONDON PACIFIC GROUP COMMON | $1,001-$15,000 (X) | Dividends (X); Capital Gains (X) | $5,001-$15,000 (X) | |
| 5 | SCOTTISH ANNUITY & LIFE COMMON | $1,001-$15,000 (X) | Dividends (X) | None (X) | |
| 6 | BAYCORP HOLDING LTD. Common | $15,001-$50,000 (X) | Dividends (X) | None (X) | |
| 7 | BURLINGTON NORTHERN SANTA FE CORP. COMMON | $1,001-$15,000 (X) | Dividends (X) | None (X) | |
| 8 | Trustee for Land Trust containing the following residential properties: Alexandria VA | $100,001-$250,000 (X) | Dividends (X) | $50,001-$100,000 (X) | |
| 9 | Alexandria VA | $100,001-$250,000 (X) | Dividends (X) | $50,001-$100,000 (X) | |
| | Verdena VA | $15,001-$50,000 (X) | Dividends (X) | $50,001-$100,000 (X) | |

1/91 Edition Can Be Used; Editions Prior to 1/91 Cannot Be Used.

* deletion pursuant to telephone conversation w/ D.D. on 11/15/99

SF 278 (Rev. 6/94)
5 CFR Part 2634
U.S. Office of Government Ethics

**Do not complete Schedule B if you are a new entrant, nominee, Vice Presidential or Presidential Candidate**

| Reporting Individual's Name | SCHEDULE B | Page Number |
|---|---|---|
| RANDOLPH D. MOSS | | 5 |

## Part I: Transactions

Report any purchase, sale, or exchange by you, your spouse, or dependent children during the reporting period of any real property, stocks, bonds, commodity futures, and other securities when the amount of the transaction exceeded $1,000. Include transactions that resulted in a loss. Do not report a transaction involving property used solely as your personal residence, or a transaction solely between you, your spouse, or dependent child. Check the "Certificate of divestiture" block to indicate sales made pursuant to a certificate of divestiture from OGE.

None ☐

| | Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000 | Certificate of Divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: | Central Airlines Common | x | | | 2/1/91 | | x | | | | | | |
| 1 | NOMINEE -- NOT APPLICABLE | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |

## Part II: Gifts, Reimbursements, and Travel Expenses

For you, your spouse and dependent children, report the source, a brief description, and the value of: (1) gifts (such as tangible items, transportation, lodging, food, or entertainment) received from one source totaling $250 or more; and (2) travel-related cash reimbursements received from one source totaling $250 or more. For conflicts analysis, it is helpful to indicate a basis for receipt, such as personal friend, agency approval under 5 U.S.C. § 4111 or other statutory authority, etc. For travel-related gifts and reimbursements, include travel itinerary, dates, and the nature of expenses provided. Exclude anything given to you by the U.S. Government; given to your agency in connection with official travel; received from relatives; received by your spouse or dependent child totally independent of their relationship to you; or provided as personal hospitality at the donor's residence. Also, for purposes of aggregating gifts to determine the total value from one source, exclude items worth $100 or less. See instructions for other exclusions.

None ☐

| | Source (Name and Address) | Brief Description | Value |
|---|---|---|---|
| Examples: | Nat'l Assn. of Rock Collectors, NY, NY | Airline ticket, hotel room & meals incident to national conference 6/15/90 (personal activity unrelated to duty) | $800 |
| | Frank Jones, San Francisco, CA | Leather briefcase (personal friend) | $300 |
| 1 | NOMINEE -- NOT APPLICABLE | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

1/91 Edition Can Be Used; Editions Prior to 1/91 Cannot Be Used.

SF 278 (Rev.6/94)
5 CFR Part 2634
U.S. Office of Government Ethics

| Reporting Individual's Name | SCHEDULE C | Page Number |
|---|---|---|
| RANDOLPH D. MOSS | | 6 |

## Part I: Liabilities

Report liabilities over $10,000 owed to any one creditor at any time during the reporting period by you, your spouse, or dependent children. Check the highest amount owed during the reporting period. Exclude a mortgage on your personal residence unless it is rented out; loans secured by automobiles, household furniture or appliances; and liabilities owed to certain relatives listed in instructions. See instructions for revolving charge accounts.

None ☒

| | Creditors (Name and Address) | Type of Liability | Date Incurred | Interest Rate | Term if applicable | $10,001-$15,000 | $15,001-$50,000 | $50,001-$100,000 | $100,001-$250,000 | $250,001-$500,000 | $500,001-$1,000,000 | Over $1,000,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Examples: | First District Bank, Washington, DC | Mortgage on rental property, Delaware | 1981 | 13% | 25 yrs. | | | x | | | | |
| | John Jones, 123 J St., Washington, DC | Promissory note | 1989 | 10% | on demand | | | | | | x | |
| 1 | NONE *☆ | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |

## Part II: Agreements or Arrangements

Report your agreements or arrangements for:
(1) continuing participation in an employee benefit plan (e.g. pension, 401K, deferred compensation); (2) continuation of payment by a former employer (including severance payments); (3) leaves of absence; and (4) future employment. See instructions regarding the reporting of negotiations for any of these arrangements or benefits.

None ☐

| | Status and Terms of any Agreement or Arrangement | Parties | Date |
|---|---|---|---|
| Example: | Pursuant to partnership agreement, will receive lump sum payment of capital account & partnership share calculated on service performed through 11/91. | Doe Jones & Smith, Hometown, State | 7/85 |
| 1 | PURSUANT TO RETIREMENT/WITHDRAWAL PLAN, RECEIVED FIXED PAYMENTS. FINAL LUMP SUM PAID IN 1998. | WILMER, CUTLER & PICKERING WASHINGTON, D.C. | 2/96 |
| 2 | 401(K) independently mgd by UMB Banks | Wilmer, Cutler & Pickering Washington, D.C. | 1/94 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

1/91 Edition Can Be Used; Editions Prior to 1/91 Cannot Be Used. *deletion made by

SF 276 (Rev. 6/94)
5 CFR Part 2634
U.S. Office of Government Ethics

| Reporting Individual's Name | | SCHEDULE D | Page Number |
|---|---|---|---|
| RANDOLPH D. MOSS | | | 7 |

## Part I: Positions Held Outside U.S. Government

Report any positions held during the applicable reporting period, whether compensated or not. Positions include but are not limited to those of an officer, director, trustee, general partner, proprietor, representative, employee, or consultant of any corporation, firm, partnership, or other business enterprise or any non-profit organization or educational institution. Exclude positions with religious, social, fraternal, or political entities and those solely of an honorary nature.

None ☐

| | Organization (Name and Address) | Type of Organization | Position Held | From (Mo., Yr.) | To (Mo., Yr.) |
|---|---|---|---|---|---|
| Examples: | Nat'l Assn. of Rock Collectors, NY, NY | Non-profit education | President | 6/82 | Present |
| | Doe Jones & Smith, Hometown, State | Law firm | Partner | 7/85 | 11/91 |
| 1 | LAND TRUST FOR THE BENEFIT OF VERA F. MORSE (PROPERTY IN ALEXANDRIA & HERNDON, VA) | TRUST TO HOLD PROPERTY | TRUSTEE | 7/95 | PRESENT |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

## Part II: Compensation In Excess Of $5,000 Paid by One Source

Report sources of more than $5,000 compensation received by you or your business affiliation for services provided directly by you during any one year of the reporting period. This includes the names of clients and customers of any corporation, firm, partnership, or other business enterprise, or any other non-profit organization when you directly provided the services generating a fee or payment of more than $5,000. You need not report the U.S. Government as a source.

Do not complete this part if you are an Incumbent, Termination Filer, or Vice Presidential or Presidential Candidate.

None ☐

| | Source (Name and Address) | Brief Description of Duties |
|---|---|---|
| Examples: | Doe Jones & Smith, Hometown, State | Legal services |
| | Metro University (client of Doe Jones & Smith), Moneytown, State | Legal services in connection with university construction |
| 1 | NONE | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 46 | 000 | 00 | Notes payable to banks—secured | | 0 | 00 |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | 0 | 00 |
| Listed securities—add schedule * | 616 | 305 | 00 | Notes payable to relatives | | 0 | 00 |
| Unlisted securities—add schedule | | | | Notes payable to others | | 0 | 00 |
| Accounts and notes receivable: | | | | Accounts and bills due | est 3 | 000 | 00 |
| Due from relatives and friends | | 0 | 00 | Unpaid income tax | | 0 | 00 |
| Due from others | | 0 | 00 | Other unpaid tax and interest | | 0 | 00 |
| Doubtful | | 0 | 00 | Real estate mortgages payable—add schedule | 383 | 471 | 60 |
| Real estate owned—add schedule | est. 650 | 000 | 00 | | | | |
| Real estate mortgages receivable | | 0 | 00 | Chattel mortgages and other liens payable | | 0 | 00 |
| Autos and other personal property | est 60 | 000 | 00 | Other debts—itemize: | | 0 | 00 |
| Cash value—life insurance | | 0 | 00 | | | | |
| Other assets—itemize: | | 0 | 00 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 386 | 471 | 60 |
| | | | | Net worth | 985 | 833 | 40 |
| Total assets | 1,372 | 305 | 00 | Total liabilities and net worth | 1,372 | 305 | 00 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | 0 | 00 | Are any assets pledged? (Add schedule.) | | | No |
| On leases or contracts | | 0 | 00 | | | | |
| Legal Claims | | 0 | 00 | Are you defendant in any suits or legal actions? (private capacity) | | | No |
| Provision for Federal Income Tax | | 0 | 00 | | | | |
| Other special debt | | 0 | 00 | Have you ever taken bankruptcy? | | | No |

\* Stocks and funds

| Stock and Funds | Approximate Value |
|---|---|
| Aetna, Inc. Common | $7,000 |
| Baycorp Holding Ltd. Common | $ 38,000 |
| Dow Chemical Corporation Common | $ 9,200 |
| Exxon Corp. Common | $ 33,000 |
| Gannett Co. Common | $ 15,200 |
| IBM Common | $ 17,600 |
| Landry Seafood Restaurants Common | (sold) |
| London Pacific Group Common | $ 11,800 |
| Scottish Annuity & Life | $ 8,000 |
| Source Capital Common | $ 8,100 |
| Burlington Northern Santa Fe Corp. Common | $ 4,000 |
| Texaco Common | $ 325 |
| Newmont Mining Common | $ 730 |
| Fairfax Holding Contingent Rights | $ 650 |
| Vanguard Prime Money Market Fund | $ 10,100 |
| Vanguard Index 500 Fund | $107,000 |
| Schwab Federally Tax Exempt Money Fund | $ 70,600 |
| Schwab Money Fund | $ 23,600 |
| Dodge & Cox Fund (401k) | $ 112,400 |
| Value Line Fund (spouse 401k) | $ 18,000 |
| Federal Thrift Savings Plan | $ 49,900 |
| Federal Thrift Savings Plan (spouse) | $ 50,900 |
| ESG Re Limited | $ 9,700 |
| Redwood Trust Inc. REIT | $ 10,500 |
| Total | $ 616,305 |

## Estimated Cash and Bank Deposits

| Cash and Bank Deposits | Approximate Value |
|---|---|
| Citibank | $ 28,000 |
| Citibank CD | $ 8,000 |
| First Union Bank | $ 10,000 |
| Total | $ 46,000 |

## Home

| GE Capital Mortgage Service<br>P.O. Box 7999<br>Philadelphia, PA 19101<br>(30 yr. mortgage/approx. 24 yrs. remaining) | $ 383,471.60 (remaining principal due) |
|---|---|
| Value of Property | $ 650,000.00 (est. resale value) |